CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by the Association of the Bar of the City of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by the Council of the City of New York for leave to file a brief amicus curiae on the appeal herein and for other relief granted only to the extent that two copies of the brief may be served and 24 copies filed within 10 days.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by Adriano Espaillat et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by Brennan Center for Justice at New York University School of Law for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge GRAFFEO taking no part.

CAMPAIGN FOR FISCAL EQUITY, INC., et al., Appellants-Respondents, v STATE OF NEW YORK et al., Respondents-Appellants.

Submitted September 11, 2006; decided September 14, 2006

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge GRAFFEO taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN HARPER, Appellant.

Submitted September 11, 2006; decided September 14, 2006

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

In the Matter of MORTON S. ROBSON, an Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted July 24, 2006; decided September 14, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

WHITE PLAINS COAT & APRON CO., INC., Appellant, v CINTAS CORP. et al., Respondents.

Submitted September 6, 2006; decided September 14, 2006

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the